Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−08740
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
   Michael J McDonald
   2335 W Belle Plaine, Unit 109
   Chicago, IL 60618

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1105

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 18, 2017

FOR THE COURT

Dated: September 19, 2017

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 17-08740-LAH
Michael J McDonald                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: cmendoza1              Page 1 of 1      Date Rcvd: Sep 19, 2017
                             Form ID: ntcdsm              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db          +Michael J McDonald,   2335 W Belle Plaine, Unit 109,   Chicago, IL 60618-2985
25459001    +A/r Concepts,   18-3 E Dundee Rd,   Barrington, IL 60010-5275
25459003    +Arnold Scott Harris, P.C. Attorney,   111 West Jackson Blvd,   Ste 600,
              Chicago, IL 60604-3517
25459004    +City of Chicago,   Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
25551568    +City of Chicago Department of Finance,   c/o Arnold Scott Harris P.C.,
              111 W. Jackson Blvd Ste. 600,   Chicago, IL 60604-3517
25459007    +ICS/Illinois Collection Service,   Po Box 1010,   Tinley Park, IL 60477-9110
25459008    +Illinois Secretary of State, Driver,   2701 S Dirksen Pkwy,   Springfield, IL 62723-0002
25459010    +Josephine McDonald,   2335 W Belle Plaine, Unit 109,   Chicago, IL 60618-2985
25459011    +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
25459009    +The Illinois Tollway,   PO Box 5544,   Chicago IL 60680-5544
25459013    +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25496044     EDI: AIS.COM Sep 20 2017 00:53:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
25459002    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 20 2017 01:38:43      Armor Systems Co,   1700 Kiefer Dr,
              Ste 1,   Zion, IL 60099-5105
25465088    +EDI: ATLASACQU.COM Sep 20 2017 00:53:00      Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
25459005    +E-mail/Text: collectionbankruptcies.bancorp@53.com Sep 20 2017 01:37:59      Fifth Third Bank,
              Attn: Bankruptcy,   1850 East Paris Ave, Se,   Grand Rapds, MI 49546-6210
25459006    +EDI: IIC9.COM Sep 20 2017 00:53:00      IC Systems, Inc,   444 Highway 96 East,
              St Paul, MN 55127-2557
25459012    +EDI: CHRM.COM Sep 20 2017 00:53:00      Santander Consumer USA,   Po Box 961275,
              Fort Worth, TX 76161-0275
25541190    +EDI: CHRM.COM Sep 20 2017 00:53:00      Santander Consumer USA Inc,
              an ILL Corp Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
25670560    +EDI: AIS.COM Sep 20 2017 00:53:00      Verizon,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Cari A Kauffman    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              David H Cutler    on behalf of Debtor 1 Michael J McDonald cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```